DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHERIDAN OCEAN CLUB MASTER ASSOCIATION, INC.,**
Appellant,

v.

**THE HOMES AT SHERIDAN OCEAN CLUB HOMEOWNERS
ASSOCIATION and VILLAS AT SHERIDAN OCEAN CLUB
HOMEOWNERS' ASSOCIATION, INC.,**
Appellees.

No. 4D21-1267

[August 12, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE20-5098.

Justin M. Smith of Katzman Chandler, Davie, for appellant.

No brief filed for appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***